No. 72–187. Square D Co. v. Hodgson, Secretary of Labor. C. A. 6th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 72–258. Lehman v. United States. C. A. 7th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 72–276. Taylor, Executrix v. United States et al. C. A. 9th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 72–5179. Powers v. Kleindienst, Attorney General, et al. C. A. 9th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 72–5180. Williams v. United States. C. A. 2d Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 72–42. Durst v. National Casualty Co. et al. C. A. 9th Cir. Motion to dispense with printing petition granted. Certiorari and other relief denied.

No. 72–191. Humble Oil & Refining Co. v. Calvert et al. Sup. Ct. Tex. Certiorari denied. Mr. Justice Douglas would grant certiorari. Mr. Justice Powell took no part in the consideration or decision of this petition.

No. 72–213. Latin America/Pacific Coast Steamship Conference et al. v. Federal Maritime Commission et al. C. A. D. C. Cir. Motion to dispense with printing petitioners' reply brief granted. Certiorari denied.